IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DERREL LEONARD THOMAS, JR.,
    Plaintiff,

vs.                                              Case No.: 5:12cv387/MW/EMT

KENNETH TUCKER, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 3). Plaintiff subsequently filed amended complaints (docs. 5, 17). By order of this court dated June 5, 2013, Plaintiff was given thirty (30) days in which to file a third amended complaint (*see* doc. 19). Plaintiff failed to file a third amended complaint; therefore, on July 12, 2013, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 21). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file a third amended complaint or show cause for his failure to do so.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 19th day of August 2013.

                                                  /s/ *Elizabeth M. Timothy*
                                                **ELIZABETH M. TIMOTHY**
                                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only**. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).