IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DERREL LEONARD THOMAS, JR.,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NO. 5:12-cv-387-MW/EMT**

**KENNETH TUCKER, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

The Court has considered the Magistrate's Report and Recommendation, ECF No. 22, filed August 19, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court."

The Clerk shall close the file.

**SO ORDERED on September 9, 2013.**

                                                  **s/Mark E. Walker**
                                                  **United States District Judge**